# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x
UNITED STATES OF AMERICA                :

                                        :        07 Cr. 003 (BSJ)
              v.                        :
                                        :        Order
HISAN LEE                               :
HIBAH LEE                               :
ANDRE DAVIDSON                          :
SELBOURNE WAITE                         :
DELROY LEE, and                         :
LEVAR GAYLE, *et al.*                   :

                                        :
                         Defendants.    :
-----------------------------------------x
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/09

    The Court is in receipt of the letter submitted by counsel

for Defendant Andre Davidson on behalf of all defendants, dated

November 25, 2009, as well as of the letters submitted by

counsels to Defendants Selbourne Waite and Levar Gayle, on

November 30, 2009 and December 14, 2009, respectively.  The

Court is also in receipt of the Government's December 11, 2009

response to Defendant Davidson's letter.

    The Court has no objection to the request for a co-

defendant meeting to be held on December 21, 2009 if the United

States Marshals Service can arrange the meeting on that date.

The Court notes that the Government has indicated its

willingness to assist as needed in scheduling and arranging this

conference.  The Court does not intend to hold a status

conference on that day, as it is no longer necessary.

The Court is satisfied with the Government's agreement to produce a RICO enterprise letter at least two weeks in advance of trial and Giglio and 3500 materials for the first witnesses at least ten days in advance of trial and thereafter on a rolling basis.  The Court is also satisfied with the Government's assurance that it will produce Brady material immediately upon becoming aware of such information. Accordingly, the Court DENIES Defendants' request for production of all 404(b), Giglio, and Brady material by December 24, 2009.

**SO ORDERED:**

Barbara S. Jones
**UNITED STATES DISTRICT JUDGE**

New York, New York
December 15, 2009