# Exhibit B

Case 1:07-cr-00003-LAP    Document 340-3    Filed 12/22/09    Page 2 of 10

# SEARCH WARRANT

Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

FILE NO.

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night

A 1994 HONDA ACCORD DARK GREEN IN COLOR WITH VIN# 1HGCD5638RA03975Z

................................................................................

LOCATION/DESCRIPTION OF PLACE, PERSON OR THING TO BE SEARCHED

.................................................... for the following property, objects and/or persons:

CONTROLLED SUBSTANES TO WIT: COCAINE, MARIJUANA AND METHAMPHETAMINE AND HERION, ANY PACKING MATERIAL USED TO SELL AND TRANSPORT CONTROLLED SUBSTANGES, ANY ITEMS USED IN CONSUMPTION, POSSESSION, PACKAGING, SELLING AND TRANSPORTING CONTROLLED SUBSTANCE

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the ............................................................................. Circuit Court
an inventory of all property, persons, and/or objects to be seized.
This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

POSSESSION OF A CONTROLLED SUBSTANCE IN VIOLATION OF VA.CODE 18.2-250 AND 18.2-230.1

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by DT. MICHAEL G. ROBINSON, JR

.......................................
08/29/2000   03:36 PM  DATE AND TIME

_____
NAME OF AFFIANT

□ CLERK   □ MAGISTRATE   □ JUDGE
Homer G. Poilon, Magistrate

FORM DC-339 (FRONT) 9/99 PC (114:6-010 1/00)

---

**SEARCH WARRANT**

COMMONWEALTH OF VIRGINIA

*V. / In re*

A 1994 HONDA ACCORD DAR

AMHERST CSO PARKING LO

AMHERST, VA. 24521

Case 1:07-cr-00003-LAP   Document 340-3   Filed 12/22/09   Page 3 of 10

# AFFIDAVIT FOR SEARCH WARRANT

RULE 3A:27

FILE NO.

## AFFIDAVIT FOR SEARCH WARRANT

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

*Possesion of A Conteoled Substance in Violation of VA Code 18.2-250. And 18.2-250.1*

[□ CONTINUED ON ATTACHED SHEET]

2. The place, person, or thing to be searched is described as follows:

A 1994 Honda Accord Dark Green in Color with VIN # 1HGCD5638RA039752

[□ CONTINUED ON ATTACHED SHEET]

3. The things or persons to be searched for are described as follows:

Controlled Substances to wit Cocaine, Marijuana And Methamphetamine and Heroin. Any packaging Material used in selling of Conteoled Substances. Any Items used in consumption, Possession, packaging, selling And Transporting of Conteoled Substances.

[□ CONTINUED ON ATTACHED SHEET]

APPLICANT:

Michael G. Robinson
**NAME**

Lieutenant
**TITLE (IF ANY)**

Amherst Co. Sheriff's office
**ADDRESS**

Amherst, VA 74521

Certified to Clerk of

............................................ Circuit Court of

....................................................

TITLE                SIGNATURE

FORM DC -338 1/81 (114:2-102 1/87)          (OVER)

AND 1994 Honda. The witnesses observed the actions at the accident scene. The Honda and INFINITI continued South and were observed by Amherst Co. Deputies Steven Bryant and Brian Dewdry. The vehicles were stopped, The Green Honda Accord was Alerted on By Lynchburg Police Department canine. Officer R.M. Zuidema and Canine "ORIN" are Team Certified in Detection of Cocaine, Marijuana, Methamphetamine and Heroin by The North American Police Work Dog Association. They have conducted searches that have Led To searches of these Sustances and Arrest of persons in possession of Controled substances.

The following items, and no others, were seized under authority of this WARRANT:

1. Sprint Dual Band Cellphone - SANYO   24700395757
2. Page Net Black pager   X.E.1513.735
3. Blue Aeropostale Bag
4. 4 individually wrapped Black ball like items containing
5. Suspected powder Cocaine and Suspected Crack Cocaine
6. 1. 4 oz. Jar Maxwell House Instant Coffey
7. 2 Boxes 100 sq. ft. Clear plastic food wrap "Red & White" Name Brand
8. 1 - Resident Alien Card for AVA Bright 5-5-76
9. 1 - Credit Approval Notice Visa-MasterCard - Neron Christie
10. 1994 Green Honda Accord VIN # 1HGCD5638RA039752
11.
12.
13.
14.
15.

(CONTINUE AT RIGHT OR ATTACH ADDITIONAL PAGES AS NECESSARY)

The statement above is true and accurate to the best of my knowledge and belief.

8-29-00   1540 ................................  
DATE

................................  
EXECUTING OFFICER

Subscribed and sworn before me this day

................................  
DATE

☐ CLERK   ☐ MAGISTRATE   ☐ JUDGE  
☐ NOTARY PUBLIC: My commission expires ................................

FORM DC-339 (REVERSE) PC 12/98

## EXECUTION

Executed by searching the within described place, person or thing.

................................  
DATE AND TIME EXECUTED

_____  
EXECUTING OFFICER

Certified to ................................  
Circuit Court on ................................  
DATE

_____  
EXECUTING OFFICER

Received on ................................  
DATE

by _____  
CLERK OF CIRCUIT COURT

Case 1:07-cr-00003-LAP   Document 340-3   Filed 12/22/09   Page 5 of 10

Case 1:07-cr-00003-LAP    Document 340-3    Filed 12/22/09    Page 6 of 10

# SEARCH WARRANT

Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night

A 1994 HONDA ACCORD DARK GREEN IN COLOR WITH VIN# 1HGCD5638RA03975Z

.............................................................................
LOCATION/DESCRIPTION OF PLACE, PERSON OR THING TO BE SEARCHED

.............................................................................

................................................ for the following property, objects and/or persons:

CONTROLLED SUBSTANES TO WIT: COCAINE,MARIJUANA AND METHAMPHETAMINE AND HERION. ANY PACKING MATERIAL USED IN SELLING OR CONTROLLED SUBSTANCES,ANY ITEMS USED IN CONSUMPTION, POSSESSION,PACKAGING,SELLING AND TRANSPORTING CONTROLLED SUBSTANCE

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before
the ............................Amherst.................................... Circuit Court
an inventory of all property, persons, and/or objects to be seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

POSSESSION OF A CONTROLLED SUBSTANCE IN VIOLATION OF VA.CODE 18.2-250 AND 18.2-250.1

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by LT. MICHAEL G.ROBINSON, A

_____
NAME OF AFFIANT

08/29/2000   03:36 PM   DATE AND TIME

☐ CLERK    ☐ MAGISTRATE    ☐ JUDGE
Homer G. Ponton, Magistrate

FORM DC-339 (FRONT) 9/99 PC (114:6-010 1/00)

---

**FILE NO.**

---

## SEARCH WARRANT

---

COMMONWEALTH OF VIRGINIA

**V. / In re**

A 1994 HONDA ACCORD DAR

AMHERST CSO PARKING LO

AMHERST, VA. 24521

# AFFIDAVIT FOR SEARCH WARRANT

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

Possesion of A Conteoled Substance in Violation of VA Code 18.2-250. And 18.2-250.1

[□ CONTINUED ON ATTACHED SHEET]

2. The place, person, or thing to be searched is described as follows:

A 1994 Honda Accord Dark Green in Coloe with VIN # 1HGCD5638RA039752

[□ CONTINUED ON ATTACHED SHEET]

3. The things or persons to be searched for are described as follows:

Controlled Substances to wit Cocaine, Marijuana And Methamphetamine and Heeion. Any packaging Material used in selling of Conteoled Substances. Any Items used in consumption, possession, packaging, selling And Transporting of Conteoled Substances.

[□ CONTINUED ON ATTACHED SHEET]

(OVER)

FORM DC-338 1/81 (114:2-102 1/87)

---

## AFFIDAVIT FOR SEARCH WARRANT

APPLICANT:

Michael G. Robinson
NAME

Lieutenant
TITLE (IF ANY)

Amherst Co. Sheriff's office
ADDRESS

Amherst, VA 24521

Certified to Clerk of

_____ Circuit Court of

_____

| TITLE | SIGNATURE |
|---|---|

Case 1:07-cr-00003-LAP   Document 340-3   Filed 12/22/09   Page 7 of 10

AND 1994 Honda. The witnesses observed the Actions AT the Accident scene. The Honda And INFINITI continued South And were observed by Amherst Co. Deputies Steven Bryant And Brian Decary. The vehicles were stopped, The Green Honda Accord was Alerted on By Lynchburg Police Department canine. Officer R.M. Zuidema And Canine "ORIN" Are Team Certified in Detection of Cocaine, Marijuana, Methamphetamine And Heroin by The North American Police Work Dog Association. They have conducted searches that have Led To searches of These Sustances And Arrest of persons in possession of Controled Substances.

Case 1:07-cr-00003-LAP    Document 340-3    Filed 12/22/09    Page 9 of 10

# SEARCH WARRANT

Commonwealth of Virginia   VA. CODE §§ 19.2-56, 19.2-57

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night

A 1994 HONDA ACCORD DARK GREEN IN COLOR WITH VIN# 1HGCD5638RA03975Z

LOCATION/DESCRIPTION OF PLACE, PERSON OR THING TO BE SEARCHED

for the following property, objects and/or persons:

CONTROLLED SUBSTANES TO WIT: COCAINE, MARIJUANA AND METHAMPHETAMINE AND HERION. ANY PACKING MATERIAL USED IN SELLING OR CONTROLLED SUBSTANCES, ANY ITEMS USED IN CONSUMPTION, POSSESSION, PACKAGING, SELLING AND TRANSPORTING CONTROLLED SUBSTANCE

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the .................... Amherst .................... Circuit Court
an inventory of all property, persons, and/or objects to be seized.
This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

POSSESSION OF A CONTROLLED SUBSTANCE IN VIOLATION OF VA.CODE 18.2-250 AND 18.2-250.1

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by LT. MICHAEL G. ROBINSON, A

NAME OF AFFIANT

08/29/2000   03:36 PM

☐ CLERK   ☒ MAGISTRATE   ☐ JUDGE
Homer G. Ponton, Magistrate

FORM DC-339 (FRONT) 9/99 PC (114:6-010 1/00)

---

FILE NO.

## SEARCH WARRANT

## COMMONWEALTH OF VIRGINIA

### V. / In re

A 1994 HONDA ACCORD DAR
AMHERST CSO PARKING LO
AMHERST, VA 24521

Filed in Clerk's Office
Amherst Circuit Court
@ 1:30 P.M.
AUG 30 2000
by: Ray C. Mayo, III, Clerk
Ray C. Mayo, III
Clerk

Case 1:07-cr-00003-LAP   Document 340-3   Filed 12/22/09   Page 10 of 10

# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. Sprint Dual Band Cellphone — SANYO  24700395757
2. Page Net Black pager  X.E.15.13.735
3. Blue Aeropostale Bag
4. 4 individually wrapped Black ball like items containing
5. Suspected powder cocaine And suspected Crack Cocaine
6. 1 4oz Jar Maxwell House Instant Coffey
7. 2 Boxes 100 sq. Ft. Clear plastic food wrap "Red + White" Name Brand
8. 1 - Resident Alien Card for ANA Bright 5-5-76
9. 1 - Credit Approval Notice Visa-MasterCard - Neron Christie
10. 1994 Green Honda Accord VIN # 1HGCD5638RA039752
11.
12.
13.
14.
15.

(CONTINUE AT RIGHT OR ATTACH ADDITIONAL PAGES AS NECESSARY)

The statement above is true and accurate to the best of my knowledge and belief.

8-29-00    1540
DATE

_[signature]_
EXECUTING OFFICER

Subscribed and sworn before me this day

DATE

☐ CLERK    ☐ MAGISTRATE    ☐ JUDGE
☐ NOTARY PUBLIC: My commission expires

FORM DC-339 (REVERSE) PC 12/98

## EXECUTION

Executed by searching the within described place, person or thing.

DATE AND TIME EXECUTED

EXECUTING OFFICER

Certified to

Circuit Court on
DATE

EXECUTING OFFICER

Received on
DATE

by
CLERK OF CIRCUIT COURT