# Exhibit C

Case 1:07-cr-00003-LAP   Document 340-4   Filed 12/29/09   Page 2 of 16

# SEARCH WARRANT

Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night

**A 1993 INFINITI, GREEN IN COLOR, WITH VIN #JNKAY21D4PM000871 WITH NEW YORK TRANSIT PERMIT AMU 333**

LOCATION/DESCRIPTION OF PLACE, PERSON OR THING TO BE SEARCHED

for the following property, objects and/or persons:

**CONTROLLED SUBSTANCES TO WIT: COCAINE, MARIJUANA, METHAMPHETAMINE & HEROIN, ANY ITEMS USED IN THE CONSUMING, PACKAGING, SELLING AND TRANSPORTING OF CONTOLLED SUBSTANCES**

LIST PROPERTY, OBJECTS AND/OR PERSONS SOUGHT

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the .................... Circuit Court
an inventory of all property, persons, and/or objects to be seized.
This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

**POSSESSION OF CONTROLLED SUBSTANCE IN VIOLATION OF VA. CODE 18.2-250 AND 18.2-250.1**

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by

_____
NAME OF AFFIANT

☐ CLERK    ☐ MAGISTRATE    ☐ JUDGE

06/29/2000    0 DATE AND TIME

FORM DC-339 (FRONT) 9/99 PC (114:6-010 1/00)

---

FILE NO.

## SEARCH WARRANT

### COMMONWEALTH OF VIRGINIA

V. / In re

**A 1993 INFINITI GREEN IN CC
AMHERST  CSO PARKING LO
AMHERST, VA.**

# SEARCH WARRANT

Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

FILE NO.

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night

A 1993 INFINITI, GREEN IN COLOR, WITH VIN #JNKAY21D4PM000871 WITH NEW YORK TRANSIT PERMIT
ABU 5333

LOCATION/DESCRIPTION OF PLACE, PERSON OR THING TO BE SEARCHED

for the following property, objects and/or persons:

CONTROLLED SUBSTANCES TO WIT COCAINE MARIJUANA, METHAMPHETAMINE & HERION. ANY
ITEMS USED IN THE CONSUMPTION, POSSESSION, PACKAGING, SELLING AND TRANSPORTING OF
CONTOLLED SUBSTANCES

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before
the ........................................................................................ Circuit Court
an inventory of all property, persons, and/or objects to be seized.
This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

POSSESSION OF CONTROLLED SUBSTANCE IN VIOLATION OF VA. CODE 18.2-250 AND 18.2-250.1

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime
identified herein or tends to show that the person(s) named or described herein has committed or is committing a
crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by

NAME OF AFFIANT

08/29/2000   DATE AND TIME

☐ CLERK    ☐ MAGISTRATE    ☐ JUDGE
Homer G. Ponton, Magistrate

FORM DC-339 (FRONT) 9/99 PC (114:6-010 1/00)

---

SEARCH WARRANT

COMMONWEALTH OF VIRGINIA

V. / In re
A 1993 INFINITI GREEN IN CC
AMHERST CSO PARKING LO
AMHERST, VA.

Case 1:07-cr-00003-LAP   Document 340-4   Filed 12/22/09   Page 4 of 16

# AFFIDAVIT FOR SEARCH WARRANT

VA. CODE ANN. §19.2-54
RULE 3A:27

FILE NO.

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

Possession of Controlled Substance in Violation of VA Code 18.2-250 and 18.2-250.1

[ □ CONTINUED ON ATTACHED SHEET]

2. The place, person, or thing to be searched is described as follows:

A 1993 Infiniti Green in color, with VIN # JNKAY21D4PM000871 w/ New York Transit Permit ABU5333

[ □ CONTINUED ON ATTACHED SHEET]

3. The things or persons to be searched for are described as follows:

Controlled Substances to wit: Cocaine, Marijuana, Methamphetamine & Herion. Any items used in the Consumption, Possession, Packaging, Selling, and Transportin of Controlled Substances

[ □ CONTINUED ON ATTACHED SHEET]

## AFFIDAVIT FOR SEARCH WARRANT

APPLICANT:

William A. Coffey ACSO
**NAME**

Investigator
**TITLE (IF ANY)**

115 Taylor Str
**ADDRESS**

Amherst, VA

Certified to Clerk of

................................................ Circuit Court on

................................................

| TITLE | SIGNATURE |
|-------|-----------|
|       |           |

FORM DC-338 1/81 (114:2-102 1/87)                    (OVER)

4. The material facts constituting probable cause that the search should be made are:

On today's date 8-29-00, MAURICE WENDELL EVANS and ALBERT Williams OBSERVED A GREEN 1994 HONDA VIN #1HGCD5638RAO 39752, displaying A NEW YORK TRANSIT permit was TRAVELING South on US Rte 29 with 2 other VEHICLES ONE OF WHICH WAS A GREEN 1993 INfiniti VIN #JNKAY21D4Pm000871 displaying A NEW YORK TRANSIT permit. THE third VEHICLE WAS A 2001 NISSAN Maxima black in color, No further DESCRIPTION. THE 2001 NISSAN WAS INVOLVED IN AN ACCIDENT with A TRACTOR TRAILER NEAR THE INTERSECTION of Rte 29 and Rte 151 IN Amherst County. THE occupants of the NISSAN WERE

☒ CONTINUED ON
ATTACHED SHEET!

5. The object, thing or person searched for constitutes evidence of the commission of such offense.

6. ☐ I have personal knowledge of the facts set forth in this affidavit OR

☒ I was advised of the facts set forth in this affidavit, in whole or in part, by an informer. This informer's credibility or the reliability of the information may be determined from the following facts:

MAURICE EVANS witness will testify IN COURT
ALBERT Williams witness will testify IN court
Trooper Dwayne Tuggle of Virginia State Police will testify IN court

The statements above are true and accurate to the best of my knowledge and belief.

INVESTIGATOR
TITLE OF APPLICANT (IF ANY)

_William a._
APPLICANT

Subscribed and sworn to before me this day.

8-29-00 - 3:40 P.m.
DATE AND TIME

CLERK   MAGISTRATE   JUDGE

FORM DC-338-(REVERSE) 1/81

OBSERVED REMOVING A BAG AND A WHITE SHOPPING BAG, THEY THEN ABANDONED THE NISSAN AND GOT INTO THE 1993 INFINITI AND 1994 HONDA. A WITNESS OBSERVED THE ACTIONS AT THE SCENE. THE HONDA AND INFINITI CONTINUED SOUTH AND WERE OBSEVED BY AMHERST COUNTY DEPUTIES. THE DEPUTIES STOPPED THE VEHICLES ON RTE 29 SOUTH. NARCOTIC CANINES WERE CALLED TO THE SCENE OF THE STOPS AND ALERTED ON EACH OF THE VEHICLES.

## Page 2 of AFFIDAVIT FOR SEARCH WARRANT, Paragraph 6

The reliability of the Narcotic Canine "Rex" is adjudged by the following facts:

Senior Trooper D.D.Tuggle has been employed by the Virginia State Police since June 1987, and has been a Narcotic Canine Handler with the Virginia State Police since July 1994. Senior Trooper Tuggle also advised this affiant that he has been a Narcotic Canine Trainer with the Virginia Police Work Dog Association since October 1997. Senior Trooper Tuggle advised this affiant that the narcotic canine "Rex" was trained by the Virginia State Police Narcotic Training Program, and graduated on May 26, 2000, and was certified reliable in the detection of marijuana, hashish, cocaine and/or heroin. Senior Trooper Tuggle advised this affiant that he has had "Rex" and worked him in the detection of narcotics since May 26, 2000. Senior Trooper Tuggle is certified to interpret the canine's reaction to the presence of the odor of the above substances.

Senior Trooper Tuggle advised this affiant that when the canine alerts/reacts this indicates the presence of the odor of marijuana, hashish, cocaine and/or heroin.

Senior Trooper Tuggle advised this affiant that he keeps canine "Rex" in his care and is involved in the training of canine "Rex". Senior Trooper Tuggle advised this affiant that all weekly and monthly training of canine "Rex" is done in accordance with the policies and procedures set forth by the Virginia State Police and is recertified on a yearly basis by the Virginia State Police Narcotic Training Program as being reliable on the above listed narcotics.

On _O8-29-00_____, the Virginia State Police Narcotic Detector

Canine "Rex" was being used to check,

_INFINITI_____

_NY TRANSIT TAG ABU5333   GREEN IN COLOR_____,
For the storage of illegal or controlled narcotics. Canine handler Senior
Trooper Tuggle was working with the narcotic detector canine "Rex" at this
time. At _1245___ am/pm, this date, the affiant observed the narcotic
detector canine "Rex" alert/react on the above described location. Senior
Trooper Tuggle is specifically trained in the handling of the narcotic canine
"Rex" and the reaction and the interpretation of the reaction of "Rex" to the
odor of narcotics.

_____
Sr. Trooper D.D. Tuggle

_08-29-00_____
Date

Case 1:07-cr-00093-LPA   Document 34-4   Filed 12/22/09   Page 9 of 16

# SEARCH WARRANT

Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night

A 1993 INFINITI, GREEN IN COLOR, WITH VIN #JNKAY21D4PM000871 WITH NEW YORK TRANSIT PERMIT. ABU 5333

LOCATION/DESCRIPTION OF PLACE, PERSON OR THING TO BE SEARCHED

for the following property, objects and/or persons:

CONTROLLED SUBSTANCES TO WIT: COCAINE, MARIJUANA, METHAMPHETAMINE & HERION. ANY ITEMS USED IN THE CONSUMPTION POSSESSION PACKAGING SELLING AND TRANSPORTING OF CONTOLLED SUBSTANCES

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the ......... Circuit Court an inventory of all property, persons, and/or objects to be seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

POSSESSION OF CONTROLLED SUBSTANCE IN VIOLATION OF VA. CODE 18.2-250 AND 18.2-250.1

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by WILLIAM ACOMBY VIA

NAME OF AFFIANT

08/29/2000   09:55 PM   TIME

☐ CLERK  ☐ MAGISTRATE   ☐ JUDGE

Homer G. Ponton, Magistrate

FORM DC-339 (FRONT) 9/99 PC  (114:6-010 1/00)

---

FILE NO.

SEARCH WARRANT

COMMONWEALTH OF VIRGINIA

V. / In re

A 1993 INFINITI GREEN IN CC

AMHERST CSO PARKING LO

AMHERST, VA.

**Filed in Clerk's Office**
**Amherst Circuit Court**
By: Deborah L. Mozingo
AUG 30 2000    Deputy Clerk
Time: 2:29 P.M.

Teste: Geo. G. Mayo, III
Clerk

Case 7:05-cv-00091-gec Document 29-10 Filed 12/02/05 Page 10 of 16

# SEARCH WARRANT

Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night

A 1993 INFINITI, GREEN IN COLOR, WITH VIN #JNKAY21D4PM000871 WITH NEW YORK TRANSIT PERMIT ABU 5333

LOCATION/DESCRIPTION OF PLACE, PERSON OR THING TO BE SEARCHED

for the following property, objects and/or persons:

CONTROLLED SUBSTANCES TO WIT: COCAINE, MARIJUANA, METHAMPHETAMINE & HERION. ANY ITEMS USED IN THE CONSUMPTION, POSSESSION, PACKAGING, SELLING AND TRANSPORTING OF CONTOLLED SUBSTANCES

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the ................................. Circuit Court an inventory of all property, persons, and/or objects to be seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

POSSESSION OF CONTROLLED SUBSTANCE IN VIOLATION OF VA. CODE 18.2-250 AND 18.2-250.1

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, and further that the search should be made, based on the statements in the attached COMPLAINT sworn to by

08/29/2000  09:55 PM  TIME

NAME OF AFFIANT

Homer G. Ponton, Magistrate

☐ CLERK  ☐ MAGISTRATE  ☐ JUDGE

FORM DC-339  (FRONT) 9/99 PC  (114:6-010 1/00)

---

SEARCH WARRANT

COMMONWEALTH OF VIRGINIA

V. / In re

A 1993 INFINITI GREEN IN CC

AMHERST CSO PARKING LO

AMHERST, VA.

**Filed in Clerk's Office**
**Amherst Circuit Court**
By: Deborah Mezimco  Deputy Clerk
AUG 30 2000
Time : 2:29 P.M.
Roy G. Mayo, III
Clerk
Teste:

A copy,
Teste:  Clerk
ROY C. MAYO, III
Clerk Circuit Court Amherst County, Va.

Case 1:07-cr-00063-LAP   Document 340-4   Filed 12/22/09   Page 11 of 16

# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. 1993 INFINITI GREEN IN COLOR VIN # JNKAY21D4PM000871
2. 1 - KEY # A6424
3. 1 - BROWN TRI FOLD WALLET - OWNER AVA BRIGHT
4. 1 - RING W/ 3 KEYS
5. 1 - ERICSSON CELL PHONE MDL # LX 788 SN 146-1023465.9
6. 1 - ADELPHIA PAGER F.C.C. I.D. E96968.6
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 

(CONTINUE AT RIGHT OR ATTACH ADDITIONAL PAGES AS NECESSARY)

The statement above is true and accurate to the best of my knowledge and belief.

8-29-00
DATE

_Inv. William A. Bry_
EXECUTING OFFICER

Subscribed and sworn before me this day

August 30, 2000
DATE

_Roy C. Mayo III_

☒ CLERK  ☐ MAGISTRATE  ☐ JUDGE
☐ NOTARY PUBLIC: My commission expires

FORM DC-339 (REVERSE) PC 12/98

# EXECUTION

TO ANY AUTHORIZED OFFICER:

Executed by searching the within described place, person or thing.

8-29-00   4:30 PM
DATE AND TIME EXECUTED

_Inv. William A. Bry_
EXECUTING OFFICER

Filed in Clerk's Office
Amherst Circuit Court
By: Deborah Lexy Mozingo
AUG 30 2000   Deputy Clerk
Time: 2:29 P.M.
Teste: Roy C. Mayo, III
Clerk

Certified to Amherst County Cir. Ct.

Circuit Court on 8-30-00
DATE

_Inv. William A. Bry_
EXECUTING OFFICER

Received on August 30, 2000
DATE

by _Roy C. Mayo_
CLERK OF CIRCUIT COURT

# AFFIDAVIT FOR SEARCH WARRANT

VA. CODE ANN. §19.2-54
RULE 3A:27

FILE NO.

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

Possession of Controlled Substance in Violation of VA Code 18.2-250 and 18.2-250.1

[ ] CONTINUED ON ATTACHED SHEET]

2. The place, person, or thing to be searched is described as follows:

A 1993 Infiniti green in color, with VIN # JNKAY21D4PM000871 w/ New York Transit Permit ABU5333

[ ] CONTINUED ON ATTACHED SHEET]

3. The things or persons to be searched for are described as follows:

Controlled Substances to wit: Cocaine, Marijuana, Methamphetamine & Herion. Any items used in the consumption, possession, packaging, selling and transportin of controlled substances

[ ] CONTINUED ON

---

## AFFIDAVIT FOR SEARCH WARRANT

APPLICANT:

William A. Coffey ACSO
NAME

Investigator
TITLE (IF ANY)

115 Taylor Str
ADDRESS

Amherst, VA

Certified to Clerk of

................................................ Circuit Court on

................................................

TITLE                    SIGNATURE

4. The material facts constituting probable cause that the search should be made are:

On today's date 8-29-00, Maurice Wendell Evans and Albert Williams observed a Green 1994 Honda Vin #1HGCD5638RA039752, displaying a New York Transit permit was traveling south on US Rte 29 with 2 other vehicles one of which was a Green 1993 Infiniti vin #JNKAY21D4PM000871 displaying a New York Transit permit. The third vehicle was a 2001 Nissan Maxima black in color, No further Description. The 2001 Nissan was involved in an accident with a Tractor Trailer near the intersection of Rte 29 and Rte 151 in Amherst County. The occupants of the Nissan were

[CONTINUED ON ATTACHED SHEET]

5. The object, thing or person searched for constitutes evidence of the commission of such offense.

6. ☐ I have personal knowledge of the facts set forth in this affidavit OR

☒ I was advised of the facts set forth in this affidavit, in whole or in part, by an informer. This informer's credibility or the reliability of the information may be determined from the following facts:

Maurice Evans witness will testify in court
Albert Williams : witness will testify in court
Trooper Dwayne Tuggle of Virginia State Police will testify in court

The statements above are true and accurate to the best of my knowledge and belief.

INVESTIGATOR
TITLE OF APPLICANT (IF ANY)

William A. _____
APPLICANT

Subscribed and sworn to before me this day.

8-29-00 - 3:40 P.M.
DATE AND TIME

_____
CLERK    MAGISTRATE    JUDGE

FORM DC-338 (REVERSE) 1/81

OBSERVED REMOVING A BAG AND A WHITE SHOPPING BAG, THEY THEN ABANDONED THE NISSAN AND GOT INTO THE 1993 INFINITI AND 1994 HONDA. A WITNESS OBSERVED THE ACTIONS at the SCENE. THE HONDA AND INFINITI CONTINUED South AND WERE OBSEVED by AmHERST County DEPUTIES. THE DEPUTIES stopped THE VEHICLES ON RTE 29 SOUTH. Narcotic CANINES WERE CALLED TO THE SCENE of the stops AND ALERTED ON EACH of the VEHICLES.

On _O8-29-00_, the Virginia State Police Narcotic Detector

Canine "Rex" was being used to check,
_INFINITI_

_NY TRANSIT TAG ABU5333  GREEN IN COLOR_,
For the storage of illegal or controlled narcotics. Canine handler Senior
Trooper Tuggle was working with the narcotic detector canine "Rex" at this
time. At _1245_ am/pm, this date, the affiant observed the narcotic
detector canine "Rex" alert/react on the above described location. Senior
Trooper Tuggle is specifically trained in the handling of the narcotic canine
"Rex" and the reaction and the interpretation of the reaction of "Rex" to the
odor of narcotics.


Sr.Trooper D.D.Tuggle

_08-29-00_
Date

# Page 2 of AFFIDAVIT FOR SEARCH WARRANT, Paragraph 6

The reliability of the Narcotic Canine "Rex" is adjudged by the following facts:

Senior Trooper D.D.Tuggle has been employed by the Virginia State Police since June 1987, and has been a Narcotic Canine Handler with the Virginia State Police since July 1994. Senior Trooper Tuggle also advised this affiant that he has been a Narcotic Canine Trainer with the Virginia Police Work Dog Association since October 1997. Senior Trooper Tuggle advised this affiant that the narcotic canine "Rex" was trained by the Virginia State Police Narcotic Training Program, and graduated on May 26, 2000, and was certified reliable in the detection of marijuana, hashish, cocaine and/or heroin. Senior Trooper Tuggle advised this affiant that he has had "Rex" and worked him in the detection of narcotics since May 26, 2000. Senior Trooper Tuggle is certified to interpret the canine's reaction to the presence of the odor of the above substances.

Senior Trooper Tuggle advised this affiant that when the canine alerts/reacts this indicates the presence of the odor of marijuana, hashish, cocaine and/or heroin.

Senior Trooper Tuggle advised this affiant that he keeps canine "Rex" in his care and is involved in the training of canine "Rex". Senior Trooper Tuggle advised this affiant that all weekly and monthly training of canine "Rex" is done in accordance with the policies and procedures set forth by the Virginia State Police and is recertified on a yearly basis by the Virginia State Police Narcotic Training Program as being reliable on the above listed narcotics.

08-29-00