# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                         :

             - v. -                              :

HISAN LEE,                                       :
HIBAH LEE,
DELROY LEE,                                      :
SELBOURNE WAITE,
LEVAR GAYLE,                                     :
ANDRE DAVIDSON, and
ROBERT MORRISON,                                 :

             Defendants.                :

- - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT**

S4 07 Cr. 3 (BSJ)

SOUTHERN DISTRICT OF NEW YORK, ss.:

    MICHAEL ZEPPIERI, being duly sworn, deposes and says the following:

    1.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and I have been personally involved in the investigation of this matter.

    2.    On April 4, 2007, a Grand Jury sitting in the Southern District of New York returned a four-count indictment charging Hisan Lee and Robert Morrison, along with several co-defendants, with conspiracy to distribute crack cocaine, cocaine, and marijuana, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). See United States v. Saunders et al., S2 07 Cr. 3 (BSJ).  On that day, an arrest warrant was issued authorizing the arrest of, among others, Hisan Lee and Robert Morrison.

    3.    On or about April 12, 2007, I, along with several

other state, city, and federal agents, participated in the arrest of Hisan Lee and Robert Morrison, inside of the apartment building located at 1173 Fulton Avenue, Bronx, New York (the "Building").

3.    While I was in a hallway area near the stairwell of the Building, I observed Robert Morrison climbing a ladder to the roof of the Building.  I saw Hisan Lee below Morrison.  At that time, I, along with other agents and officers, placed Lee and Morrison under arrest.

4.    Prior to arresting Hisan Lee and Robert Morrison, I had been informed by law enforcement officers who were stationed outside of the Building that officers had observed a window in the Building (connected to apartment 4B) being broken in what appeared to be an effort by someone to escape.

5.    Thereafter, I interviewed the resident ("Witness") of 1173 Fulton Avenue, Apartment 4B, Bronx, New York (the "Apartment"). Pursuant to that interview, I learned the following:

a.    The Witness told me that she was the resident of the Apartment.

b.    The Witness is related to both Robert Morrison and Hisan Lee.

c.    Earlier in the morning of April 12, 2007, Morrison and Lee had came to the Apartment and asked her whether they could stay in the Apartment for a short time.

d.    The Witness allowed them to sleep in the back bedroom.

e.    The Witness told me that Lee and Morrison brought a small bag with them when they came into the apartment.

6.    During the interview of the Witness, she consented to a search of the Apartment.

7.    After I received consent to search the Apartment, I recovered several items that were strewn across the bed of the back bedroom. I also observed that the window of the back bedroom was broken.

8.    The foregoing is sworn to under the penalties of perjury.

Dated:    New York, New York
         December 18, 2009

Michael Zeppieri
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to
before me this
18th Day of December, 2009.

MICHAEL D. NAUMAN
Notary Public, State of New York
No. 02MA6098084
Qualified in New York County
Commission Expires

May 10, 2011