# Exhibit E



**DEPARTMENT OF THE TREASURY**
REAU OF ALCOHOL, TOBACCO AND FIREARM
## CONSENT TO SEARCH

Case Number _____

I understand that I have a right to refuse to give my consent to a search and may demand that a search warrant be obtained prior to any search of the person or property described below.

I understand that any contraband or evidence of a crime found during the search can be seized and used against me in any court of law or other proceeding.

I understand that I may consult with an attorney before or during the search.

I understand that I may withdraw my consent to this search at any time prior to the search's termination.

This consent to search has been given voluntarily without promises, threats, coercion or force of any kind whatsoever.

I have read the above statement of rights, understand these rights, and hereby authorize agents of the Bureau of Alcohol, Tobacco and Firearms to conduct a complete search of the property described below.

CRIBE VEHICLE, PREMISES, PERSON, OR ITEMS TO BE SEARCHED.

IRYSTLER 300

2002

oR: RED

TE: DTB-7600 (NY REG)

.TURE OF CONSENTEE | DATE 1-31-0P

TURE OF SPECIAL AGENT | DATE 1/71/05.

E OF WITNESS(ES) | DATE

220.11 (12-96) (Formerly ATF F 3240.3)

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Advice of Rights and Waiver

### Statement of Rights

· You have the right to remain silent.

· Anything you say can be used against you in court.

· You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning.

· If you cannot afford a lawyer, one will be appointed for you if you wish before any questioning begins.

· If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.

### Waiver

have read this statement of my rights or it has been read to me, and I understand these rights. At this time I am willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

Signature: _____

Printed Name: _____Lever    Cagle_____

Witness Signature: _____

Printed Name: ___ERIC . MURPHY_____

Date/Time: ___1/31/2005_____

ATF Form 3200.4
Revised September 2005

Note: Previous Editions Are Obsolete

Hych call, come over we Have job's over here, When I got thur it was a different Story. He wants to eat the ~~guy~~ man "food" (rob him)

When He got there ~~and~~ the lights was out (I was at the ~~stair~~ when he came in) then, Hych pulled a gun out and shot him (1 time). I was in shock. So I ~~whip~~ the dvd down that I was watching and I ran out the House. Went to my car were Hyba came in and call the 911 from my cell phone. I thow the cell phone out the Car (Cadilac) and dropped him of then I went home

Levar Gayle        1-31-07
10:30AM

JAN 31, 2008 - 9:05 AM        765040-06-0014

INTVW w/ LEVAR GABLE aka "TRACO"

S/A ERIC MURRAY, ATF, NYII

DET. CONNEELCS, BX. HOMICIDE

DET. REIMAN, BX HOMICIDE

- Knows Hibah & Hisan - cuz on Mom's side.
- doesn't know much re: them - they are bad guys - do bad things.
- knows they are up to know good. & Knows they all got arrested.
- Hisan called △ to come to a house for girls/stripper & drinking.
- 3-4 other ppl there
- Victim came home, opened door w/ keg, walked into house (dark)
- victim was met at the door by HISAN. HISAN put the gun in vic's face.
- victim hit HISAN's hand upward; HISAN shot vic.
- △ wiped off 2 DVDs that he touched & walked out of house → his black Cadilac Escalade.
- △ went into car 1st. HIBAH got in car too & called 911
- △ threw phone out of car & dropped HIBAH @ 233rd St.
- △ states he observed HISAN shoot vic.
- △ states he didn't have a gun that night.
- △ states had 1 firearm (in the past)
- △ states that when HISAN 1st called him to come over, there was no plan, & he didn't know what was about to happen, but when he got to the place where the HOMICIDE took place, HISAN told him the plan to "eat a food."
- △ figured it was WEED/MONEY (either/or/both)