# Exhibit F

Classification: UNCLASSIFIED

## Compressed Linesheet

07/12/2008 10:24:14 EDT

### Selection Criteria

Selected records from :
- Line: (646) 796-6219 Sprint
'User Defined:Document of type [Synopsis] contains exact phra
se pelham ' filter applied.

# TITLE III OPERATION CENTER

# DEA-NYD

Classification: UNCLASSIFIED

Classification: UNCLASSIFIED

Compressed Linesheet

07/12/2008 10:24:14 EDT

| | | | |
|---|---|---|---|
| Case: | C1-05-0289 | File Number: | |
| Target: | REID, Lloyd | | |
| Line: | (646) 796-6219 Sprint | | |
| Session: | 1011 | | Participants |
| Date: | 08/09/2007 | | |
| Start Time: | 17:42:47 EDT | | |
| Duration: | 00:02:22 | | |
| Direction: | Outgoing | | |
| Dialed Digit | 6464232239 | | |

### Synopsis

OUTGOING 646 423 2239

KEVIN : REMEMBER WHEN WE WENT TO 238TH ME YOU AND MY LITTLE SHORT MAN AND THE NIGGA WANTED TO LIGHT THE HOUSE.

LAVAR      HE IS CRAZY

KEVIN   REMEMBER WHEN WE WENT TO PELHAM TO THE COOK OUT AND ME AND MY MAN MET YOU OVER THERE WE LOST THIRTY GRAND OVER THERE IT IS HIS COUSIN HOUSE.THE NIGGA IS TELLING ME THAT WE LEFT THIRTY GRAND IN THERE HOLD ON

UM      FOR REAL IS EAST THEY BLAMING ME IT IS MY COUSIN LITTLE MAN AND KEN. IT IS MY FAMILY HOUSE THE FOOD WAS THERE THREE HUNDRED AND ODD BUT BECAUSE I COME OVER THERE THEY END UP MOVING IT. THE WEED WAS THERE BUT THEY MOVE IT THE SAME TIME.
THIRTY ODD THOUSAND WAS WRAPPED UP IN THE PILLOW CASE.

LAVAR      HE MONEY WAS THERE

UM     THE MONEY WAS IN THE PILLOW CASE. THEY ARE BLAMING ME.

UM:     OH MAN.

LAVAR: LET ME CALL THE CAB.

KEVIN  THAT IS CRAZY.

LAVAR      WE TORE THAT PLACE UP B WE TORE UP THAT PLACE LLYOD THAT PLACE IS SMALL.

KEVIN: I WILL HIT YOU BACK.

END OF CALL.

Compressed Linesheet                                                                                                    07/12/2008 10:24:14 EDT

I.
08/09/2007 18:01:30   SUMMARIZED by JSHEW

END

Classification: UNCLASSIFIED

## Compressed Linesheet

05/27/2008 14:36:55 EDT

### Selection Criteria

Selected records from :
- Line: (646) 796-6219 Sprint
'User Defined:All Digits contains 6464232239 ' filter applied.

# TITLE III OPERATION CENTER

# DEA-NYD

Classification: UNCLASSIFIED

**Classification: UNCLASSIFIED**

Compressed Linesheet                                                05/27/2008 14:36:55 EDT

| | | |
|---|---|---|
| **Case:** | C1-05-0289 | **File Number:** |
| **Target:** | REID, Lloyd | |
| **Line:** | (646) 796-6219 Sprint | |
| **Session:** | 1007 | |
| **Date:** | 08/09/2007 | |
| **Start Time:** | 17:41:29 EDT | |
| **Duration:** | 00:00:09 | |
| **Direction:** | Outgoing | |
| **Dialed Digit** | 6464232239 | |

**Synopsis**

OUTGOING 646 4232239

UM STARTED TALKING ABOUT 350 POUNDS OF WEED THAT WAS MOVED FROM AROUND THE YARD BUT THE LINE WAS DISCONNECTED.

(1)
08/10/2007 12:53:54  SUMMARIZED by D35

END