```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>HIBAH LEE,<br><br>            Defendant. | 07 Cr. 03 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Defendant Lee's motion under 28 U.S.C. § 2255 (dkt. no. 854). Lee may supplement the petition with a supporting memorandum of law by no later than July 8. The Government shall respond to Lee's motion by letter no later than August 5. Lee may submit a reply by August 26.

**SO ORDERED.**

Dated:  June 23, 2020
        New York, New York

                                      *Loretta A. Preska*
                                      _____
                                      LORETTA A. PRESKA, U.S.D.J.