# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:     (917) 209-0441                                                    Diane Fischer,
Email:  scwolfe@scwolfelaw.com                              of Counsel

September 17, 2020

Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
By ECF

**Re:** *United States v. Hibah Lee*, 07-cr-03 (SHS)

Dear Judge Preska:

I am writing to request permission to file Petitioner's reply memorandum in support of his pending §2255 Petition by October 21, 2020.  I realize that that is a long time to take for a reply.  However, the government filed its response five weeks after the originally scheduled date, and, coming out of the summer shutdown, almost every one of my cases has a significant deadline in September and October.

I therefore respectfully request permission to file a reply on or before October 21,2020.

Thank you for your consideration.

Very truly yours,

s/

SUSAN C. WOLFE

The extension request is approved.
SO ORDERED.

Dated: Sept. 21, 2020

_____
LORETTA A. PRESKA, U.S.D.J.