UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA            :    07 Cr. 0003(LAP)
                                    :
    -against-                       :    ORDER
                                    :
HIBAH LEE,                          :
                                    :
            Defendant.              :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Because the conduct underlying the current violation of supervised release against Mr. Lee is pending as a separate indictment before Judge Briccetti, the violation of supervised release is transferred to Judge Briccetti with his gracious consent.

    The Court will retain Mr. Lee's pending motion pursuant to Section 2255.

SO ORDERED.

Dated:   New York, New York
         April 26, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge