UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

HIBAH LEE,

        Defendant.

---

07 CR 0003 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Still pending before the Court is Defendant's motion pursuant to 28 U.S.C. Section 2255 to vacate his Section 924(c) conviction. (Dkt. no. 856.) Because the papers filed on this motion predate the Defendant's plea, sentencing, and dismissal of the § 924(c) charges in 19 Cr. 424, the parties shall update the Court on the status of the motion no later than January 12, 2024.

SO ORDERED.

Dated:    New York, New York
           December 14, 2023

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge